*M. Wilson* and *C. H. Burchenal*, for the appellees.

---

GILLISPIE *v.* THE FORT WAYNE AND SOUTHERN RAILROAD COMPANY.

Wednesday,
June 8.
APPEAL from the *Grant* Circuit Court.

*Per Curiam.*—Suit upon a promissory note given for a subscription of stock in *The Fort Wayne and Southern Railroad Company.*

There was an answer alleging that the note had been delivered to one *Jones*, who was authorized to collect it, and apply the proceeds upon a debt due from the company to him.

This answer showed the beneficial interest in the note to be in *Jones*, and a demurrer to it should have been overruled.

There were paragraphs of fraud and failure of consideration, and one of special *non est factum*, too evidently insufficient in their allegations to require notice.

The judgment is reversed with costs.   Cause remanded, with instructions to proceed in accordance with this opinion.

*J. Brownlee*, for the appellant.

*R. T. St. John*, *A. Steele*, and *H. D. Thompson*, for the appellees.